UNITED STATES DISTRICT COURT
for the
Central District of Illinois
Rock Island Division

| | |
|---|---|
| KEVIN J. KEELER | ) |
| | ) |
| Plaintiff | ) |
| | ) Jury Trial Requested |
| v. | ) |
| | ) |
| COOK COUNTY | ) |
| | ) |
| | ) |
| Defendant | ) |

**CIVIL RIGHTS COMPLAINT**

NOW COMES the Plaintiff, KEVIN KEELER, pro se individually and on behalf of others similarly situated,, and complains of the Defendants, by personal information as to his own activities and upon information and belief as to the activities of others and all other matters, and states as follows:

**NATURE OF THE CASE**

1. This case is about a cultural cancer that has infiltrated the halls of justice in an unusually large and diverse community of Americans via the attitude of their leaders toward due process of law which is not based on the idea of inalienable rights for all Americans. That attitude has somehow been so twisted as to allow for a perspective of due process as not more than a variable function of race, family background, income, education, and mental health.

**PARTIES**

1

2. Plaintiff: Kevin J. Keeler,

    5840 W. 104th st. unit 315, Oak Lawn, Cook County, Illinois

    60453. kevinjohnkeeler@gmail.com

3. Defendant: Cook County

    Karen A. Yarbrough, Cook County Clerk,

    118 N. Clark Street, Chicago, IL 60602.

    (312) 603-5656 scott.kozlov@cookcountyil.gov

## JURISDICTION

4. This is a claim for violation of plaintiff's civil rights under the color of state law as protected by the constitution and laws of the United States under 42 U.S.C. p. 1979, 1983, 1985, and 1986 and 18 U.S.C. § 242.

2. The court has jurisdiction under 28 U.S.C at 1331 as this case involves a federal question.

3. Kevin J. Keeler is a citizen of Illinois.

4. Cook County is incorporated under the laws of the State of Illinois.

and has its principal place of business in the State of Illinois.

5. The amount in controversy is more than $75,000, not counting interest and costs of court, because the damages come to more than that.

## APPLICABLE LAW

6. "Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law suit in equity, or other proper proceeding for redress." 42 U.S.C. p. 1983;

2

7. 42 U.S.C. § 1986 provides that every person who has knowledge that a wrongful act is about to be committed and having the power to prevent the commission of such wrongful act or refuses to do so, is liable to the party injured for all damages caused by the wrongful act. The defendant in a § 1986 action need not have participated in the conspiracy or the commission of the act. The defendant, however, must have had actual knowledge of the conspiracy. Mere negligence to act on the part of the defendant will be sufficient to attach liability under § 1986.

8. If two or more persons conspire for the purpose of impeding, hindering, obstructing, or defeating, in any manner, the due course of justice in any State or Territory, with intent to deny to any citizen the equal protection of the laws, or to injure him or his property for lawfully enforcing, or attempting to enforce, the right of any person, or class of persons, to the equal protection of the laws; 42 U.S. Code § 1985 - Conspiracy to interfere with civil rights.

9. The statutory words "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory" do not exclude acts of an official or policeman who can show no authority under state law, custom or usage to do what he did, or even who violated the state constitution and laws. Monroe v. Pape, 365 U.S. 167 (1961)

10. One of the purposes of this legislation *(42 U.S.C. p. 1983)* was to afford a federal right in federal courts because, by reason of prejudice, passion, neglect, intolerance, or otherwise, state laws might not be enforced and the claims of citizens to the enjoyment of rights, privileges and immunities guaranteed by the Fourteenth Amendment might be denied by state agencies. Monroe v. Pape, 365 U.S. 167 (1961)

11. Misuse of power possessed by virtue of state law and made possible only because the wrongdoer is clothed with the authority of state law is action taken "under color

3

of" state law within the meaning of § 1979. United States v. Classic, 313 U. S. 299; Screws v. United States, 325 U. S. 91. Pp. 365 U. S. 183-187.

12. Since § 1979 does not contain the word "willfully," as does 18 U.S.C. § 242, and § 1979 imposes civil liability, rather than criminal sanctions, actions under § 1979 can dispense with the requirement of showing a "specific intent to deprive a person of a federal right."  Monroe v. Pape :: 365 U.S. 167 (1961)

13. Where a private party conspires with state officials to deprive others of constitutional rights, the private party is acting under color of state law. See Tower v. Glover, 467 U.S. 914, 920 (1984)

## BACKGROUND

14. In April of 2023 I was playing basketball at Memorial Park when I was arrested. The police report said "he was exposing himself to children". But I was not doing that and have never done that and the police officer grabbed me by the arm when I was shooting the ball with basketball shorts and a t-shirt on and the states attorney would have prosecuted me for that but she did not since it did not happen and there are cameras there.

15. Then a police officer said I spit on him at the police station and the states attorney charged me with two felony counts of aggravated battery on a police officer and trespassing on state land (at a public park) and testified at the preliminary hearing that there was a video of me spitting in the officer's mouth and the officer did not get checked by a doctor and no spit mask and they did not restrain me or retaliate in any way for spitting since I have never spit on people especially police officers so far for 65 years.

16. The judge gave me an "I" bond which means just a signature and no money for bond but they took me back to Cook County Jail anyway and when I asked the guard to look up my bond to get out of jail he said it was $500.00 to get out.

17. I was in Cook County Jail for eight weeks and they kept continuing the case without doing anything including taking me to court in chains twice and I finally bonded myself out by working in the kitchen for $10 per shift until I made $500.00.

18. It was difficult since eighteen hours a day in a cell (until I made it to the worker's deck) and someone at the kitchen kept threatening to knock me out and very very cold with one thin blanket. For lunch it was bread and cold slimy baloney and for breakfast bread with a packet of peanut butter the same thing every day. Good thing the other inmates helped me out by putting me on the workers list every day after I had been there for a week or so and they found out I was trying to bond myself out and could follow directions and work hard even though they thought I was an old man. And they called me "Squints" since the jail took my eyeglasses away and kept them in my personal property until I left. I am blind in my left eye and loss of vision in the other from glaucoma. Also astigmatism.

19. I missed taking my eye drops four times at the police station (three different eye drops) which eventually they got me my eye drops at Cook County Jail but they would not refrigerate my Latanaprost eye drops which the pharmacist said has to be refrigerated. I kept it by the window though. My eye drops prevent permanent nerve damage from glaucoma which causes loss of vision.

20. I was afraid to go to trial and risk going back to jail and they convicted me of a class 2 felony with no physical or circumstantial evidence that a crime had even been committed and gave me two years of felony probation. The district attorney told my attorney in a text message that there was more than one witness and she would send discovery the next day but she never did send any discovery or list of witnesses or statement of charges or anything at all including the video that she had told the judge about at the preliminary hearing to establish probable cause. She just said there was no video after all but they would not reduce the charges and they were ready for trial.

21. I was warned by inmates at Cook County Jail that if I did not dismiss my civil rights case then Cook County Circuit Court would not give me a plea bargain for my felony charge and I would go to trial with a public defender (they said public pretender) at Bridgeview courthouse where there is an 85% conviction rate and get found guilty and go to prison for up to seven years because the police officers would lie in court like they did with them already and that the officer's word is golden so I voluntarily dismissed my case in my Status Report to Chief Judge Sara Darrow filed on September 21, 2023.

22. One person who was at Cook County Jail on a writ from the Northern Receiving Center in Statesville, Illinois said that his celly was there for spitting on a police officer. He said they keep you there for three months and only let you out of the cell once a week for a shower until they decide where to ship you out to.

23. I owned a three flat in Evanston, Illinois where I had a successful handyman business for twenty years. After I insisted that my roommate cleaned up in the yard after her two dogs, she was upset and went to Cook County Circuit Court in Skokie and said I kicked her dog. They filed an emergency order of protection with sole occupancy. I did not know about it and Cook County Circuit Court sent the Cook County Sheriff to my house and they kicked me out even though I was taking care of someone's dog at the time. The sheriff called the Evanston police and he and three or four officers came into my house and scared me and the dog who almost got killed trying to defend me and I held him down and they threatened to take the dog to the shelter. I was a dog sitter at the time and I never kicked any dogs or hit them or yelled at them since I watched YouTube videos of Cesar Millan the dog whisperer and learned the right way to train dogs.

24. I had to stay in a motel for two weeks. They threw me out of my apartment in my three flat so she could have sole occupancy for her protection even though she did not even live there any more since she had already moved out a week or so before the sheriff

6

came and I told him that. Then she tried to extort her rent money back that she already paid and I had to pay a lawyer and go to court then she just dropped the case.

25. At that three flat the tenants in the basement apartment had stopped paying rent over the summer but I did not file for an eviction at Cook County Circuit Court in Skokie until December 21, 2016. The court record shows "Summons Served-Personal Service" on December 27, 2016. On January 27, 2016 the case was dismissed on motion by the court for insufficient service, even though the tenants had already been served a summons with personal service and made an appearance and did not object to jurisdiction. I filed a motion to vacate but it was denied. I did not know enough about the law at that time to know what to do so the tenants were allowed to stay without paying rent.

26. The tenants in the basement eventually told the tenants on the first floor that they had stopped paying rent already during the summer so the first floor tenants stopped paying rent too in the fall and I filed for an eviction for them on December 14, 2016. That case was dismissed too and those tenants also stayed without paying rent.

27. A year or so after that a tenant on the second floor knocked me down in the street in front of the building and beat me up so bad I was in the hospital. He also came into my unit and dragged a female guest out and down the stairs and out the door. Evanston police were called and I followed up the next day and for a few weeks after that however the district attorney for Cook County Circuit Court did not take any action. The police warned me that he was dangerous since he had recently been released from prison for home invasion. Apparently he was the nephew of someone on the city council. There was a detective assigned to the case but he did not follow up.

28. Eventually I lost my three flat in a foreclosure. Cook County Circuit Court gave possession to New York Bank Mellon although I had never done any business with that bank. I tried to do a short sale to salvage some of my investment and the bank submitted a

false affidavit–alleging a presale inspection that they never did– that undermined it and the court approved their motion for summary judgement so there was no evidentiary hearing on the false affidavit or note or standing or compliance with the mandatory emergency federal servicing guidelines enacted during the housing crisis although I had challenged all of those and more in hundreds of pages of pleadings self represented and with an attorney. The attorney did not show up for a summary judgement hearing so they ruled against me and then I represented myself to vacate it but they eventually did the same thing.There were still several genuine issues of material facts.

29. On December 5, 2022 I filed a civil complaint in the first district of Cook County Circuit Court after three Bridgeview police officers came into my apartment and said that if I did not move out by thirty days my stuff would be out on the curb. My sister had called during an episode and said I was taking drugs so she wanted me to leave. She had asked me to move in a year or so before that to help take care of my mom before she died. The 911 operator asked if they were prescription or illegal drugs and she said prescription since it was gabapentin and she dispatched the police anyway. I tried to explain to the police that my sister was heavily medicated for schizophrenia and other conditions. They were menacing and derogatory and laughed at me and interrogated me. That civil complaint was dismissed fifteen days later without any court date or ruling other than: "Order On Court's Motion Cause Dismissed. Comments: "none"

30. I was in a trial before at Bridgeview Courthouse because I mentioned in a letter to the local library that as adults we should learn how to work things out in a civil manner especially since we are living in a society where even our children are bringing guns to school and shooting each other.

31. Based on that letter Cook County Circuit Court found me guilty of an act of violence and of threatening to shoot people.

8

32. I have never even shot a gun in my life even for hunting other than a BB gun as a kid.

33. At the trial the judge yelled at me a lot and constantly interrupted me and sustained objections that were never made and called both witnesses for the prosecution but did not call my only witness and then ruled in favor of the plaintiff on all issues.

34. Then the court categorically denied all five of my post-trial motions and motion to reconsider using one form order provided by the plaintiff and without a hearing although Illinois law states that she was supposed to hold a separate hearing on each motion and at least one evidentiary hearing.

35. That's why I am afraid to be on trial for anything in Cook County, especially in Bridgeview.

36. In January of 2015 a customer for my handyman business would not pay me for labor and materials including my assistant and I filed a complaint at the second district of Cook County Circuit Court in Skokie. After two amended complaints with exhibits and answer to counterclaim and answer to affirmative defense and a motion to reconsider with exhibits, the court ruled for payment of around 20% of my claim. It was a bench trial although I requested a jury trial. The court allowed two attorneys from a big law firm called Sidley Austin LLP to bully me with impunity including badgering me by constantly saying "objection" when I tried to talk. They did not say why they were objecting and the judge did not sustain it or overrule it. "Sidley Austin LLP is an American multinational law firm with 2,300 lawyers in 21 offices worldwide. It was established in 1866 and its headquarters is at One South Dearborn in Chicago's Loop." The case took nine months and took up half of my time and not long after that my handyman business ended and I relapsed into acute alcoholism after twenty one years of sobriety.

37. Cook County Circuit Court dismissed my entire civil case with Liberty Ranch LLC after Liberty Ranch discharged me in the middle of residential treatment for substance use disorder without cause and in disregard of the Illinois legislature's mandate to the Department of Human Services at 20 ILCS 301/1-5:

> "The human, social, and economic benefits of preventing substance use disorders are great, and it is imperative that there be interagency cooperation in the planning and delivery of prevention, early intervention, treatment, and other recovery support services in Illinois.The provisions of this Act shall be liberally construed to enable the Department to carry out these objectives and purposes."

38. That case was dismissed for lack of jurisdiction without an evidentiary hearing re contested facts as required by Illinois law. A hearing would have shown that there was jurisdiction based among other things on a contract made in Illinois. I filed an eight page response to the motion to dismiss which Cook County Circuit Court did not even allow me a hearing to argue it in since they said it was "moot" and a seventeen page motion to reconsider which was also disregarded without a hearing.

39. In another case from May of 2018 I worked on a basement apartment for over six weeks to make it livable in exchange for one year of rent to live there and then was unlawfully evicted when they changed the lock without notice after the work was complete.

40. I lost my $1000.00 bicycle and tools and clothes and $5000.00 baseball card collection. The court ruled against me on over twenty pleadings during more than two years of trying to get compensated for my work and property.

41. The landlord never even showed up to court and I did not get paid anything for my work or bicycle or baseball card collection or tools.

42. The case was dismissed after two years although I had filed an eighteen page verified complaint, forty page amended complaint with exhibits, thirty-eight page second amended complaint with exhibits, and hundreds of pages of motions, responses, and replies.

43. About two years ago Advocate Christ Medical Center filed a claim for neglect of the elderly. They said that they found traces of opioids in my mother's system which meant

10

we were abusing her. However my sister and I were taking good care of her and in her last years I drove her everywhere including the forest preserves regularly and cottages in Wisconsin and Michigan. She was not drugged up and laying in bed until the very end in hospice at Advocate Christ Medical Center.

44. After weeks of making phone calls, I was finally told by a lab technician that the record showed that she had just been given an opioid based medication the day before they found traces of an opioid based medication in her system.

45. Meanwhile, Cook County Circuit Court had granted possession of my mother's condominium to Advocate Christ Medical Center based on the false allegations of neglect and false evidence that we gave her illegal opioid medications.

46. We did not even know there was a claim filed to take over my mother's estate since they never served anyone with a summons or even a letter in the mail. I think the order was entered one or two days before my mother died in the hospital. Fortunately my mother had already put her condominium, among other assets, in a revocable living trust so they could not take possession even with the court order from Cook County Circuit Court.

47. Although Cook County Circuit Court functions under the color of the State of Illinois, the coloring is only skin deep and it is not a state court in any meaningful way. The Circuit Court of Cook County is a Cook County Court in every aspect other than that coloring and the *name* of Illinois that it uses as needed.

48. Cook County Circuit Court is staffed and controlled and paid by Cook County and has original jurisdiction of all justiciable matters in Cook County and has power to review any administrative action in Cook County.

49. The judicial power of Illinois is vested in a Supreme Court, an Appellate Court and Circuit Courts. As mandated by State law, County government has principal responsibility for the protection of persons and property, the provision for public health

11

services and the maintenance of County highways. Rules of organization and procedure for Cook County Circuit Court supersede all provisions of Illinois statute to the extent of any conflict or inconsistency.

50. The President of the Cook County Board is elected from the County at large and is the Chief Executive Officer of the County.

51. There is an office of Cook County called the Office of Independent Inspector General (OIIG). The organization and administration of the OIIG has been made sufficiently independent to assure that no interference or influence external to the office adversely affects the independence and objectivity of the Independent Inspector General.

52. One purpose of the Office of Independent Inspector General is to detect, deter and prevent misconduct in the operation of the circuit courts. Investigatory files and summary reports concerning misconduct by circuit court judges are confidential even for the state of Illinois.

53. It is the duty of every circuit court judge to cooperate with the Independent Inspector General in any investigation or hearing. Each court's premises, equipment, personnel, books, records and papers must be made readily available to the Independent Inspector General.

54. Any circuit court judge or states attorney or public defender found to have willfully violated a directive from the OIIG is subject to removal.

55. The OIIG of Cook County does not have to acquiesce to a state or federal law enforcement investigation without a written request.

56. The OIIG has exclusive power to conduct interviews under oath with circuit court judges for the purpose of investigation of corruption or misconduct and the Independent Inspector General is authorized to issue subpoenas.

57. The OIIG has the prerogative to refer complaints about the circuit court to the state of Illinois or to do their own investigation.

58. The OIIG verifies to state and federal inquiries that its investigations are consistent with the requirements of equal protection and due process by referencing its rules and procedures.

59. The Circuit Court of Cook County is the largest of the 24 judicial circuits in Illinois and one of the largest unified court systems in the world. It has about 400 judges who serve the 5.2 million residents of Cook County within the City of Chicago and its 126 surrounding suburbs.

60. A State's attorney is elected in Cook County every fourth year for a four year term. Retention elections for circuit court judges are conducted by Cook County and they have to follow the Cook County Guidelines for States Attorneys.

61. State's attorneys request authority from the Cook County Litigation Subcommittee prior to settling any matter in excess of $100,000.00 or taking a matter to trial and notify them of any final and appealable ruling having a negative financial impact on the County in excess of $100,000.00 in civil matters. A decision to appeal must be approved by the Litigation Subcommittee.

62. In circumstances in which a states attorney believes that compliance with Cook County Guidelines would interfere with the exercise of their professional judgment or otherwise violate their professional responsibilities, the Cook County Code requires that they promptly ask the circuit court judge what he thinks is appropriate under the circumstances of the case.

63. If a states attorney fails to comply with the rules of the Cook County Board, the Litigation Subcommittee can order the clerk not to pay them.

64. States attorneys provided by Illinois to temporarily represent the county have to follow the rules of the Cook County Finance Subcommittee on Litigation.

65. Cook County's population is larger than that of 28 U.S. states and territories, and larger than the population of 11 of the 13 Canadian provinces and territories.

66. In 1970 the United States Court of Appeals for the Seventh Circuit concluded that Shakman and putative class members had standing for their claim against the Clerk of Cook County for first, fifth, and fourteenth amendment violations since they sought redress for injuries to their own interests—both "the interests of candidates in an equal chance" and "the interests of voters in having an equally effective voice."

67. Shakman is similar to this case since this case is about the interests of self represented litigants in an equal chance and an equally effective voice as litigants with attorneys.

68. Two years later the parties entered into the first of the Shakman Decrees. The 1972 Decree enjoined state, city and county officials from "conditioning, basing or knowingly prejudicing or affecting any term or aspect of governmental employment, with respect to one who is at the time already a governmental employee, upon or because of any political reason or factor." The Cook County Clerk remains subject to the 1972 Decree today.

69. In 1992 the Independent Voters Organization joined the first amended complaint filed by Shakman and the other plaintiffs. The new complaint explained that the Voters Organization "is an Illinois political organization which endorses and supports candidates for public office, especially in Cook County, Illinois." Patronage practices, the amended complaint alleged, harm the Voters Organization and its members who are independent candidates and voters.

70. Similarly, patronage practices in the Cook County Circuit Court harm the civil and criminal claims and defenses presented by self represented litigants that otherwise might substantially improve their lives as well as the lives of others similarly situated and the community as a whole.

71. "For instance, pro se defendants representing themselves offered ample entertainment for professionals and perhaps for visitors. Without litigating skills, a law degree, and the cultural know-how to navigate their own trial, the defendants were often laughed at like bumbling idiots. This type of perverse entertainment was racialized because many of the defendants spoke Ebonics or Black English in a white space, transforming the mocking of an amateur into a racial spectacle that was hauntingly reminiscent of a minstrel show of blackface comedy: the defendant was merely an actor dramatizing racial stereotypes; he was not a man with rights, but a racial character of a coon or an inarticulate buffoon." Crook County Racism and Injustice in America's Largest Criminal Court by Nicole Gonzalez Van Cleve, page 43.

72. A special master was appointed in 2019 to monitor Cook County since they were not following the Consent Decree.

73. On April 16, 2021 Judge Scudder for the Seventh Circuit found that "...The Clerk's second violation is as straightforward as the first. The magistrate judge found that the Clerk violated the 1991 Decree by hiring employees for non-exempt positions without first providing public notice of open positions. This conduct allowed the Clerk to hire employees behind the scenes, away from the public accountability and oversight contemplated by the 1991 Decree. We see no error in the magistrate's finding that the Clerk "without question" violated this unequivocal mandate."

74. Judge Scudder added "Do not let today's result cloud the grave federalism concerns we have with the fact that the Clerk of Cook County has been under the

thumb of a federal consent decree for the last 50 years. Such entrenched federal oversight should have raised red flags long ago...But we trust—and expect—that the violations identified by the magistrate will be remedied with appropriate speed…"

75. If the Cook County Circuit Court were a state court, then it would have directed the Clerk of Cook County to comply with the Shakman Consent Decree like the State of Illinois and the City of Chicago did.

76. Regarding the state of Illinois, Judge Scudder found that "…the last significant violations of the decree seem to have occurred nearly a decade ago with the patronage scandal within the Department of Transportation. The parties point us to none since that time—certainly nothing systemic within any department under the Governor's supervision. Nor are we aware of any meaningful number of lawsuits alleging that the Governor or any department reporting to him violated the constitutional rules…"

77. Regarding the Clerk of Cook County, Judge Scudder found that "...If a party complied in good faith and made a reasonable effort to conform its conduct, vacating a consent decree may be appropriate. But the magistrate judge found no such effort or record of compliance by the Clerk. To the contrary, the magistrate determined that the Clerk's ongoing violations reflect the precise political patronage the Consent Decrees seek to end. Here, too, we see no clear error in the magistrate's factual findings…".

78. Nicole Gonzalez Van Cleve completed an ethnographic study spanning fifteen years for which she clerked in the Cook County prosecutors and public defenders offices that included 104 interviews and another 1000 hours of additional observations from 130 "court watchers" trained in collecting qualitative data in the courthouse.

79. Regarding the question of who actually operates Cook County Circuit Court, Ms. Gonzalez alleges that "Like the code of the streets, there is a notion of civility that is written into formal law. This stands in stark contrast to the 'cultural code' that defines the

practice of criminal law–one that more accurately doles out violent pretrial abuses the likes of which redefine the notion of pretrial punishment. The criminal courts have become a type of 'street law' for 'street people.' This statement speaks to how racialized justice bastardizes the practice of law, how well intentioned practitioners become co-opted and often coerced into its culture, and how marginalized people become its primary consumers-whether a defendant, victim, witness, or family member lending support. This is ultimately an account of marginalized lawyers, practicing marginalized law for marginalized people. This book opens the courthouse doors and reveals the indignities of justice as defined by the civility and violence of a culture. This is America's brand of justice for the poor and people of color–a brand of justice that the local community calls 'Crook County', if only to mock the system's legitimacy and redefine the attorneys as the true 'crooks,' who dole out racialized justice like the pain of punishment." Page 13.

80. There were more than a dozen occasions in the past forty six years when police in Cook County unlawfully detained and searched me or arrested me with no crime committed or suspected including in my own home or in my own back yard or walking down the street.

**IRREPARABLE INJURY**

81. If the person who threatened me at the Dunkin Donuts near my home carries out his threat then I will be dead or seriously injured or arrested for being in an altercation and then a violation of probation and then prison or Cook County Jail again for a long time waiting for disposition of the case and false testimony from police and states attorney like the last time.

82. I followed up with Oak Lawn Police Department and Cook County States Attorney (email attached) about the person who threatened me that I reported ten days ago on January 21, 2024 and they have not done anything about that yet they said he has not been

17

identified yet and the detective assigned to the case will not be available until February 2. However I already told them he lives in the only house across the street from the Dunkin Donuts and they know what he looks like from the video which Officer Richter looked at already when he interviewed the Dunkin Donuts employee who corroborated my report.

83. I also called the detective division today at (708) 907-4051 as per the email from Division Chief Vetter and spoke to Detective Bess but he would not take any action.

84. Then I asked to speak to his supervisor who was not available and his supervisor Sgt. James Hunt emailed me later (attached) and said I had to wait until February third when Detective Conroy returns to work.

85. Please request the Oak Lawn Police to arrest and charge that person and not to detain or search or interrogate or arrest me any more without articulable suspicion that a crime has *already* been committed.

86. Also please ask the Cook County States Attorney not to testify any more in a preliminary hearing that there is a video of me committing a felony and then testifying the same thing at a grand jury indictment unless she has actually watched the video.

87. And please ask the civil and law divisions of Cook County Circuit Court to stop disregarding due process and equal protection under the laws for pro se litigants.

## DAMAGES

88. As a direct or proximal result of interference with my civil rights and failure to intervene when my life was threatened, I have suffered severe emotional distress including relapses into social anxiety disorder and panic attacks and substance use disorder and lost trust in society and the Cook County judicial system.

89. I am still suffering considerable emotional distress from fear of being detained and interrogated or arrested or incarcerated based on false testimony.

18

90. Also currently under substantial emotional distress since my life was threatened and the perpetrator is still at large since police and states attorney are not taking any actions for my protection.

91. There was loss of opportunity since I have spent thousands of hours learning the law and doing legal research and writing pleadings and going to court in an effort to overcome interference with my constitutional right of due process under the law.

92 I was incarcerated for eight weeks without committing a crime and without due process so loss of freedom and dignity and safety and nutrition and livelihood and other opportunities in general.

93. I lost my three flat which I had invested around $90,000 and 600 hours of skilled labor.

94. I lost on the basement apartment over six weeks of work and my $1000.00 bicycle and tools and clothes and $5000.00 baseball card collection.

95. I had to pay $560.00 for a motel for two weeks.

96. I lost about $1700.00 when my handyman customer did not pay me and I still had to pay one of my workers.

97. I lost my handyman business after 21 years of building it by learning business management and contract writing and all the trades.

98. I lost my sobriety after 21 years of building that by going to detox and three inpatient treatments for a total of nine months and thousands of twelve step meetings and hundreds of hours of therapy and workshops and seminars and classes.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff accordingly and respectfully requests a jury trial and judgment against Defendants as follows:

99. That Plaintiff be awarded general compensatory damages in an amount to be determined at trial;

100. That Plaintiff be awarded statutory damages in an amount to be determined at trial;

101. That Plaintiff be awarded punitive damages in an amount to be determined at trial since all or most of the above conduct was made with knowledge that it was unlawful and intent to interfere with civil rights or for deprivation of equal protection under the laws.

102. That Plaintiff be awarded attorney's fees and costs in this action; and

103. That Plaintiff be awarded any such other and all relief to which he may be entitled as a matter of law and as deemed appropriate by this Court.

**Certification and Closing Under Federal Rule of Civil Procedure 11**

By signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

/s/ Kevin Keeler pro se
5840 W. 104th Street unit 315
Oak Lawn, Illinois 60453
kevinjohnkeeler@gmail.com