

Kevin Keeler <kevinjohnkeeler@gmail.com>

## Keeler
2 messages

---

**Hunt, James** <jhunt@oaklawn-il.gov>    1 February 2024 at 11:54
To: "kevinjohnkeeler@gmail.com" <kevinjohnkeeler@gmail.com>
Cc: "Conroy, Michael" <mconroy@oaklawn-il.gov>

Mr. Keeler

As Division Chief Vetter indicated, this investigation has been assigned to Detective Conroy.

It appears that he has a possible suspect identified.

He will be back in the office on February 3rd and will contact you at that time.

Do you have a phone number you can be reached at of do you prefer that he contact you via e-mail?

**Sgt. James Hunt**
**Investigations Division**
**Oak Lawn Police Department**
**9446 S. Raymond Ave.**
**Oak Lawn, IL 60453**
**(708) 499-7728**
**Jhunt@oaklawn-il.gov**

---

**From:** Vetter, Gerald <gvetter@oaklawn-il.gov>
**Sent:** Wednesday, January 31, 2024 9:40 AM
**To:** Kevin Keeler <kevinjohnkeeler@gmail.com>; Statesattorney@cookcountysao.org <Statesattorney@cookcountysao.org>
**Subject:** RE: court date

Your incident has been assigned to Det Conroy for follow up. The offender in the incident has yet to be identified and no arrest has been made, therefore there is no court date. Det Conroy will be back in the office on February 3rd and you can expect to here from when he returns. If you have any new information that may be helpful with the investigation you can call the detective division at (708) 907-4051.

*Gerald Vetter*
*Division Chief of Investigations*
*Oak Lawn Police Department*
gvetter@oaklawn-il.gov
*(708) 499-7796*

**From:** Kevin Keeler <kevinjohnkeeler@gmail.com>
**Sent:** Tuesday, January 30, 2024 2:41 PM
**To:** Statesattorney@cookcountysao.org
**Cc:** Vetter, Gerald <gvetter@oaklawn-il.gov>
**Subject:** court date

You don't often get email from kevinjohnkeeler@gmail.com. Learn why this is important

Hello I reported an assault against me to officer Richter of oak lawn police dept
on sunday jan 21 and he investigated and i am wondering when the court date is i came by last sunday but he was not there he said get back to him if i dont hear from anyone about the court date.

ty
kevin keeler

---

**Kevin Keeler** <kevinjohnkeeler@gmail.com>    1 February 2024 at 18:24
To: "Hunt, James" <jhunt@oaklawn-il.gov>

I already told Officer Richter and Detective Bess that I dont have a phone
and thats why I left them my email.
it has already been 10 days since I made the report
There is only one house across the street from Dunkin Donuts and Officer Richter can identify him
from the video.

On Thu, 1 Feb 2024 at 11:54, Hunt, James <jhunt@oaklawn-il.gov> wrote:

> Mr. Keeler
>
> As Division Chief Vetter indicated, this investigation has been assigned to Detective Conroy.
>
> It appears that he has a possible suspect identified.
>
> He will be back in the office on February 3rd and will contact you at that time.
>
> Do you have a phone number you can be reached at of do you prefer that he contact you via e-mail?
>
> **Sgt. James Hunt**
> **Investigations Division**
> **Oak Lawn Police Department**
> **9446 S. Raymond Ave.**
> **Oak Lawn, IL 60453**
> **(708) 499-7728**
> **Jhunt@oaklawn-il.gov**
>
> ---
>
> **From:** Vetter, Gerald <gvetter@oaklawn-il.gov>
> **Sent:** Wednesday, January 31, 2024 9:40 AM
> **To:** Kevin Keeler <kevinjohnkeeler@gmail.com>; Statesattorney@cookcountysao.org <Statesattorney@cookcountysao.org>
> **Subject:** RE: court date

Your incident has been assigned to Det Conroy for follow up.  The offender in the incident has yet to be identified and no arrest has been made, therefore there is no court date.  Det Conroy will be back in the office on February 3rd and you can expect to here from when he returns.  If you have any new information that may be helpful with the investigation you can call the detective division at (708) 907-4051.

*Gerald Vetter*
*Division Chief of Investigations*
*Oak Lawn Police Department*
gvetter@oaklawn-il.gov
*(708) 499-7796*

---

**From:** Kevin Keeler <kevinjohnkeeler@gmail.com>
**Sent:** Tuesday, January 30, 2024 2:41 PM
**To:** Statesattorney@cookcountysao.org
**Cc:** Vetter, Gerald <gvetter@oaklawn-il.gov>
**Subject:** court date

You don't often get email from kevinjohnkeeler@gmail.com. Learn why this is important

Hello I reported an assault against me to officer Richter of oak lawn police dept
on sunday jan 21 and he investigated and  i am wondering when the court date is i came by last sunday but he was not there he said get back to him if i dont hear from anyone about the court date.

ty
kevin keeler