Case: 1:24-cv-05605 Document #: 1-2 Filed: 02/02/24 Page 1 of 2 PageID #:24

 **Kevin Keeler <kevinjohnkeeler@gmail.com>**

## court date
3 messages

---

**Kevin Keeler** <kevinjohnkeeler@gmail.com>     30 January 2024 at 14:40
To: Statesattorney@cookcountysao.org
Cc: gvetter@oaklawn-il.gov

Hello I reported an assault against me to officer Richter of oak lawn police dept
on sunday jan 21 and he investigated and i am wondering when the court date is i came by last sunday but he was not there he said get back to him if i dont hear from anyone about the court date.

ty
kevin keeler

---

**Vetter, Gerald** <gvetter@oaklawn-il.gov>     31 January 2024 at 09:40
To: Kevin Keeler <kevinjohnkeeler@gmail.com>, "Statesattorney@cookcountysao.org" <Statesattorney@cookcountysao.org>

Your incident has been assigned to Det Conroy for follow up. The offender in the incident has yet to be identified and no arrest has been made, therefore there is no court date. Det Conroy will be back in the office on February 3rd and you can expect to here from when he returns. If you have any new information that may be helpful with the investigation you can call the detective division at (708) 907-4051.

*Gerald Vetter*

*Division Chief of Investigations*

*Oak Lawn Police Department*

gvetter@oaklawn-il.gov

*(708) 499-7796*

---

**From:** Kevin Keeler <kevinjohnkeeler@gmail.com>
**Sent:** Tuesday, January 30, 2024 2:41 PM
**To:** Statesattorney@cookcountysao.org
**Cc:** Vetter, Gerald <gvetter@oaklawn-il.gov>
**Subject:** court date

You don't often get email from kevinjohnkeeler@gmail.com. Learn why this is important

[Quoted text hidden]

**Kevin Keeler** <kevinjohnkeeler@gmail.com>	1 February 2024 at 11:22
To: "Vetter, Gerald" <gvetter@oaklawn-il.gov>

Hello Mr. Vetter
Ty for getting back to me. I do not want to wait until Feb 3 since the person said he will cut my throat and stomp my head the next time he sees me outside.
Already before that he had hit me in the head and spit on me and threatened me.
Although its not exactly new information since I already told officer Richter I have information since I know where he lives ts the only house across the street from the dunkin donuts and he saw what he looks like on the video and
said he thought his name is Fred. I called the detective division and told Detective Bess and he said that Sergeant Hunt will check into it and send me an email.

[Quoted text hidden]