**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KEVIN KEELER,<br><br>Plaintiff,<br><br>v.<br><br>COOK COUNTY, *et al.*,<br><br>Defendants. | No. 24 C 5605<br><br>Judge Steven C. Seeger |

**JUDICIAL DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT PURSUANT TO FEDERAL RULES 12(b)(1) AND 12(b)(6)**

Judges Carmen K. Aguilar, Kathleen M. Burke, John T. Gallagher, Mohammed M. Ghouse, Linzey D. Jones, Kerry Kennedy, Kathaleen T. Lanahan, and John J. Mahoney ("Judicial Defendants"), by their attorney, Kwame Raoul, Attorney General for the State of Illinois, hereby move to dismiss Plaintiff's Amended Complaint in its entirety because this Court lacks subject-matter jurisdiction over his claims, the Judicial Defendants are entitled to absolute judicial immunity on all claims, the Eleventh Amendment bars official capacity claims for monetary relief, Plaintiff has failed to state a claim upon which this Court may grant relief, the *Heck* doctrine bars claims related to Plaintiff's criminal conviction, and any claims related to events occurring before February 2, 2022, are barred by the applicable statute of limitations. The Judicial Defendants' arguments in support of their Motion to Dismiss are fully set forth in their accompanying Memorandum in Support of Their Motion to Dismiss Plaintiff's Amended Complaint Pursuant to Federal Rules 12(b)(1) and 12(b)(6), which is filed concurrently with this motion.

WHEREFORE, Judges Carmen K. Aguilar, Kathleen M. Burke, John T. Gallagher, Mohammed M. Ghouse, Linzey D. Jones, Kerry Kennedy, Kathaleen T. Lanahan, and John J.

Mahoney respectfully request that this Court grant this motion in their favor and dismiss Plaintiff's Amended Complaint.

Dated: December 13, 2024

Respectfully submitted,

**KWAME RAOUL**
Attorney General of Illinois

*/s/ Elizabeth J. Andonova Mallory*
ELIZABETH J. ANDONOVA MALLORY
Assistant Attorney General
General Law Bureau – Civil Rights Unit
Government Representation Division
Office of the Illinois Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(312) 814-4355
E.AndonovaMallory@ilag.gov