UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KEVIN KEELER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 24-cv-5605 |
| | ) | |
| -vs- | ) | |
| | ) | Judge Steven C. Seeger |
| COOK COUNTY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**<u>DEFENDANTS' STATUS ON SERVICE REPORT</u>**

NOW COME Defendants, Cook County, Village of Oak Lawn, Tom Phelan, Officer Thomas McMahon, Officer Mathew Harland, Officer Rimmelle Vincenzo, Officer Jeremy Moneyhun, Thomas Stopka, Judge Kathaleen Lanahan, Judge Linzey Jones, Judge John Mahoney, Judge Mohammed Ghouse, Judge Carmen Aguilar, Judge Kathleen Burke, Judge Kerry Kennedy, Judge John Gallagher, and Dr. Mathew Markos (collectively referred to as "Defendants") by and through their undersigned attorneys, to submit this status report on service pursuant to Judge Seeger's December 17, 2024, minute entry (Dkt. #86.) and state as follows:

1. Counsel for Cook County has received permission to waive service for Defendant Officer Bedolla and will coordinate filing of a waiver of service with Plaintiff.

2. Counsel for Cook County has reached out to Defendant Nader Zughayer, who counsel believes is a Cook County employee; however, at the time of filing, counsel has not received a response and therefore cannot waive service for Defendant Zughayer at this time. Counsel will continue to follow up in regards to service for this defendant.

3. No undersigned counsel has received a request for representation from Defendant Ms. Black.

Respectfully submitted,

By: */s/ Kelli Huntsman*
*Counsel for Cook County,
and Dr. Mathew Markos*

Kelli Huntsman
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, Illinois 60602
Kelli.huntsman@cookcountysao.org
(312) 603-7379

By: */s/ William R. Pokorny*
*Counsel for Thomas Stopka*

William R. Pokorny
Rachel E. Domash
Franczek, P.C.
300 S. Wacker Dr.
Suite 3400
Chicago, IL 60606
wrp@franczek.com
(312) 786-6141

By: */s/ Elizabeth J. Andonova Mallory*

Elizabeth J. Andonova Mallory
Assistant Attorney General
General Law Bureau –
Civil Rights Unit
Government Representation Division
Office of the Illinois Attorney
General
115 South LaSalle Street
Chicago, Illinois 60601
(312) 814-4355
E.AndonovaMallory@ilag.gov

By: */s/ Susan J. Eberhardt*
*Counsel for Vincenzo Rimelle
and Jeremy L. Moneyhun*

Susan J. Eberhart
Matthew S. Clark
Clark Johnson & Knight, Ltd.
6300 North River Road
Suite 121
Rosemont, IL 60018
(847) 261-0700
seberhardt@cjklaw.com

By: */s/ Anthony George Becknek*
*Counsel for Village of Oak Lawn,
Tom Phelan, Thomas McMahon,
Mathew Harland*

Anthony G. Becknek
Klein, Thorpe and Jenkins, Ltd.
120 S. LaSalle Street
Suite 1710
Chicago, IL 60603
(312) 984-6400